# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10566
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
January 16, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

OMAR SHARIL BOSLEY,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-562-1

---

Before KING, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Omar Sharil Bosley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bosley has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10566

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

There is a clerical error in the written judgment. The judgment does not accurately reflect that the district court ordered the sentence to run consecutively to any sentence imposed in certain pending state court cases and concurrently with any sentence imposed in other specific pending state court cases. Accordingly, we REMAND for the limited purpose of correcting this clerical error. *See* FED. R. CRIM. P. 36; *United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).